UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MISTY D. FARLEY,

    Plaintiff,

vs.                          No. 1:23-cv-01078-STA-jay

ARVIN SANGO, INC., and
ARVIN SANGO, INC., SUBSIDIARIES,

    Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION
AND ORDER OF DISMISSAL
AND DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

    Before the Court is the United States Magistrate Judge's Report and Recommendation that this matter be dismissed in its entirety. (ECF No. 8.) Magistrate Judge Jon A. York submitted his Report and Recommendation on August 8, 2023. Plaintiff emailed what purported to be objections to the Report and Recommendation to the Magistrate Judge's ECF inbox. On August 31, 2023, the Court entered an order stating that this was not a proper filing and that the Court would not consider Plaintiff's "objections" as they were improperly filed. The Court instructed Plaintiff as to her options for properly filing objections and any other documents she wanted the Court to consider, *i.e.*, submitting her documents by mail through the United States Postal Service, by courier, by in-person hand delivery, or by emailing the documents to intaketnwd.uscourts.gov. Plaintiff was given until the close of business on September 7, 2023, in which to properly file her objections. She failed to do so.

    Having reviewed the Magistrate Judge's Report and Recommendation and the entire record of the proceedings, the Court hereby **ADOPTS** the Report and Recommendation in its entirety for

the reasons set forth by the Magistrate Judge.  The Clerk of the Court is **DIRECTED** to enter judgment in favor of Defendants.

The Court also **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons set forth in the Magistrate's Report and Recommendation, an appeal of this Order adopting the Report and Recommendation would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. Thomas Anderson
United States District Court Judge

Date:  September 12, 2023